SEP 27 2025 PM2:01
USDC - FLMD - TPA

Florida, Middle District
Judge Barber
Docket Number: 8:24-CR-531-TPB-SPF

    I am respectfully requesting copies of my Plea Agreement, as well as my Judgement and Commitment Order.

Please Send To:

Daniel Weatherly
54622-511
Federal Correctional Institution
1900 Simler Ave
Big Spring, TX 79720

Thank You,

Daniel Weatherly

Daniel Weatherly
54622-511
Federal Correctional Institution
1900 Simler Ave
Big Spring, TX 79720

Screened by USMS



MIDLAND TX 797
RIO GRANDE DISTRICT
22 OCT 2025  AM 1  L

1775 2025

District Clerk
Sam M Gibbons U.S. Courthouse
801 N. Florida Ave
Tampa, FL 38602

33602-380099

Legal Mail

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL CORRECTIONAL INSTITUTION
1900 SIMLAR AVENUE, BIG SPRING, TEXAS 79720

DATE: 10-21-25

"The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter has
neither been opened nor inspected. If the writer raises a
question or problem over which this facility has
jurisdiction, you may wish to return the material for
further information or clarification. If the writer encloses
correspondence for forwarding to another addressee,
please return the enclosure to the above address."